**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Middle District of Tennessee**

Case number *(If known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Saffire Vapor Retail, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | DBA Saffire Vapor<br>DBA D8 Deliver |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2013451 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5215 Linbar Dr.<br>Number        Street | <br>Number        Street |
| Suite 204 | <br>P.O. Box |
| Nashville        TN   37211<br>City        State    ZIP Code | <br>City        State    ZIP Code |
| Davidson County<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br>City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | _____ |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2319

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

       District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor  Saffire Vapor Holdings, LLC    Relationship  Affiliate

      District  Middle District of Tennessee    When _____
                                                    MM / DD / YYYY

      Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number　　　Street

_____

_____
　City　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/26/2023
             MM / DD / YYYY

✘ /s/ Robert Arnold                          Robert Arnold
_____          _____
Signature of authorized representative of debtor    Printed name

Title  Managing Owner
      _____

**18. Signature of attorney**

✘ /s/ Robert Gonzales                        Date  06/26/2023
_____                MM / DD / YYYY
Signature of attorney for debtor

Robert Gonzales
_____
Printed name
EmergeLaw, PLC
_____
Firm name
4235 Hillsboro Pike 350
_____
Number        Street
Nashville                                    TN          37215
_____          _____    _____
City                                         State       ZIP Code
6158151535                                   robert@emerge.law
_____          _____
Contact phone                                Email address

016705                                       TN
_____          _____
Bar number                                   State

Saffire Vapor Retail, LLC

Debtor _____    Case number (*if known*)_____
        First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | |
|---|---|
| **Ovid Ventures, LLC** | **Middle District of Tennessee** |
| **Robert Arnold** | **Middle District of Tennessee** |
| **Saffire Distributions, LLC** | **Middle District of Tennessee** |
| **Parapoint, LLC** | **Middle District of Tennessee** |
| **VTC Delivery, LLC** | **Middle District of Tennessee** |
| **Emperor Augustus, LLC** | **Middle District of Tennessee** |

Fill in this information to identify the case:

Debtor name    Saffire Vapor Retail, LLC

United States Bankruptcy Court for the:   Middle District of Tennessee

                                                     (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...............................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* .............................................................    $ _____ 143,504.24

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...............................................................    $ _____ 143,504.24

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................    $ _____ 1,410,679.52

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................    $ _____ 168,824.34

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................    **+**$ _____ 3,094,124.64

4. **Total liabilities** ......................................................................................................    $ _____ 4,673,628.50
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Saffire Vapor Retail, LLC___

United States Bankruptcy Court for the: ___Middle District of Tennessee___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Truist 214 North Tryon St. Charlotte, NC, 28202 | | Monies Loaned / Advanced | | 865,407.99 | 110,029.48 | 719,903.75 |
| 2 | Itria Ventures 1000 N West St #1200 Wilmington, DE, 19801 | | | | 456,050.00 | 0.00 | 456,050.00 |
| 3 | Tennessee Department of Revenue Tennessee Department of Revenue c/o Tennessee Attorney General's Office Bankruptcy Division P.O. Box 20207 Nashville, TN, 37202 | | Taxes & Other Government Units | | | | 168,824.34 |
| 4 | 530 Donelson LLC c/o David Reed, Registered Agent 425 S. Water Ave, Ste 5 Gallatin, TN, 37066 | | Alleged Rent Owed on Terminated Lease | Disputed | | | 90,180.81 |
| 5 | Truist 214 North Tryon St. Charlotte, NC, 28202 | | Monies Loaned / Advanced | | 89,221.53 | 110,029.48 | 89,221.53 |
| 6 | Bank of America 100 North Tryon St. Charlotte, NC, 28255 | | Credit Card Debt | | | | 52,258.44 |
| 7 | Citibank 388 Greenwhich St. New York, NY, 10013 | | Credit Card Debt | | | | 31,019.16 |
| 8 | Bank of America 100 North Tryon St. Charlotte, NC, 28255 | | Credit Card Debt | | | | 30,115.33 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | R&L CPA: Stan Robinson PO Box 2521 Carrollton, GA, 30118 | | Services | | | | 19,768.00 |
| 10 | Vapemod FNYBB inc 3016 South Wentworth Chicago, IL, 60616 | | Suppliers or Vendors | | | | 5,000.00 |
| 11 | Pure Synergy 200 2nd Ave S. #443 Saint Petersburg, FL, 33701 | | Suppliers or Vendors | | | | 2,437.50 |
| 12 | F&W Enterprises 4504 N Roxboro St Durham, NC, 27704 | | Suppliers or Vendors | | | | 2,378.75 |
| 13 | Comcast PO Box 71211 Charlotte, NC, 28272 | | Utility Services | | | | 522.34 |
| 14 | Comcast PO Box 71211 Charlotte, NC, 28272 | | Utility Services | | | | 479.96 |
| 15 | ADT, LLC c/o Weltman Weinberg & Reis 5000 Bradenton Avenue, Suite 100 Dublin, OH, 43017 | | Services | | | | 360.45 |
| 16 | LG&E PO Box 9001960 Louisville, KY, 40290 | | Utility Services | | | | 298.63 |
| 17 | KUB PO Box 59029 Knoxville, TN, 37950 | | Utility Services | | | | 265.00 |
| 18 | City of Alcoa PO Box 9610 Alcoa, TN, 37701 | | Utility Services | | | | 255.24 |
| 19 | Nashville Electric Service P O Box 305099 Nashville, TN, 37230 | | Utility Services | | | | 252.00 |
| 20 | Comcast PO Box 71211 Charlotte, NC, 28272 | | Utility Services | | | | 241.42 |

Debtor Saffire Vapor Retail, LLC
Name

Case number (if known)

Debtor name ____Saffire Vapor Retail, LLC____

United States Bankruptcy Court for the: ____Middle District of Tennessee____

Case number (If known): ____

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America (Operating) | Checking | ___ ___ ___ ___ | $ 3.39 |
| 3.2. See continuation sheet | | | $ 35,671.09 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 35,674.48

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➔    $_____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

| Debtor | Saffire Vapor Retail, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Inventory in various stores (some held as property of | _____ MM / DD / YYYY | $_____ | | 45,000.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ | 45,000.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures**<br>Various Furniture and Fixtures in Stores (Cabinetry Exterior Sign Televisions Computers Minifridges Printers Security Cameras Microwaves) | | | |
| | $_____ | _____ | $ 24,355.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                          $ 24,355.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➡   $ _____
                                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

ERTC Applied for _____     Tax year  2020-2021    $ Unknown
_____     Tax year _____    $ _____
_____     Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Turnover/Breach of Contract Elavon 800 Nicollet Mall Minneapolis, M   $ Unknown

Nature of claim     Merchant Processor _____

Amount requested   $ 58,269.23 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Return of Security Deposit on Lease _____     $ 0.00

Nature of claim     Return of Security Deposit on Termina

Amount requested   $ 3,500.00 _____

76. **Trusts, equitable or future interests in property**

_____     $ _____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

ERTC credit held by Adams Keegan (Payroll company) _____     $ 33,474.76

Clean Room _____     $ 5,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $ 38,474.76

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 35,674.48 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 45,000.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 24,355.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 0.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 38,474.76 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 143,504.24 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................  143,504.24     $ 143,504.24

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**PNC Bank (Operating)**          **Checking**

**Balance: 178.79**

**Regions Bank (Checking**        **Checking**
**and Operations)**

**Balance: 17,270.76**

**Truist (Operating and**         **Checking**
**Payroll)**

**Balance: 18,221.54**

**Fill in this information to identify the case:**

Debtor name  Saffire Vapor Retail, LLC

United States Bankruptcy Court for the:  Middle District of Tennessee

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Itria Ventures

Describe debtor's property that is subject to a lien

$ 456,050.00    $ 0.00

Creditor's mailing address

1000 N West St #1200
Wilmington, DE 19801

Describe the lien
Agreement you made, As stated in Note

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
Truist

Describe debtor's property that is subject to a lien
Various Furniture and Fixtures in Stores (Cabinetry Exterior Sign Televisions Computers Minifridges Printers Security Cameras Microwaves), Inventory in various stores (some held as property of another), Return of Security Deposit on Lease, Clean Room

$865,407.99    $110,029.48

Creditor's mailing address
214 North Tryon St.
Charlotte, NC 28202

Creditor's email address, if known

Describe the lien
Agreement you made, All assests

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  12/15/2015

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Truist, 1st; Truist, 2nd

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,410,679.52

Case 3:23-bk-02264    Doc 1    Filed 06/26/23    Entered 06/26/23 11:26:28    Desc Main
Document    Page 18 of 73

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|--|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

Truist

_____

Creditor's mailing address

214 North Tryon St.
Charlotte, NC 28202

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number _____

Do multiple creditors have an interest in the
same property?

☐ No
☑ Yes. Have you already specified the relative
priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

| |
|---|

   ☑ Yes. The relative priority of creditors is
specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Various Furniture and Fixtures in Stores (Cabinetry Exterior Sign Televisions Computers Minifridges Printers Security Cameras Microwaves), Inventory in various stores (some held as property of another), Return of Security Deposit on Lease, Clean Room

$89,221.53     $110,029.48

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**2.___** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number _____

Do multiple creditors have an interest in the
same property?

☐ No
☐ Yes. Have you already specified the relative
priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

| |
|---|

   ☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _2_ of _3_

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Tennessee Department of Revenue
Tennessee Department of Revenue c/o
Tennessee Attorney General's Office Bankruptcy
Division
P.O. Box 20207
Nashville, TN. 37202
**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 168,824.34     $ 168,824.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** _____

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
530 Donelson LLC
c/o David Reed, Registered Agent
425 S. Water Ave, Ste 5
Gallatin, TN, 37066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Alleged Rent Owed on Terminated Lease

$ 90,180.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ADT, LLC
c/o Weltman Weinberg & Reis
5000 Bradenton Avenue, Suite 100
Dublin, OH, 43017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 360.45

Date or dates debt was incurred

Last 4 digits of account number 9136

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Albany Road- Haywood Oaks, LLC
Attn: Brandon Hoag
201 4th Avenue, Suite 1250
Nashville, TN, 37219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Guarantor

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AT&T
PO Box 10330
Fort Wayne, IN, 46851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 131.15

Date or dates debt was incurred

Last 4 digits of account number 3087

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AT&T
PO Box 10330
Fort Wayne, IN, 46851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 132.02

Date or dates debt was incurred

Last 4 digits of account number 6421

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AT&T
PO Box 10330
Fort Wayne, IN,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 155.43

Date or dates debt was incurred

Last 4 digits of account number 4194

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

AT&T
PO Box 10330
Fort Wayne, IN, 46851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 7022

$ 132.02

**3.8 Nonpriority creditor's name and mailing address**

AT&T
PO Box 10330
Fort Wayne, IN, 46851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 7111

$ 218.91

**3.9 Nonpriority creditor's name and mailing address**

AT&T
PO Box 10330
Fort Wayne, IN, 46851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 0916

$ 144.46

**3.10 Nonpriority creditor's name and mailing address**

Atmos Energy
PO Box 650205
Dallas, TX, 75265-0205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 4289

$ Unknown

**3.11 Nonpriority creditor's name and mailing address**

Auburndale Nashville Highway Company, LLC
The Robert Carlin Companies
5485 Belt Line  Road, Suite 125
Dallas, TX, 75254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Rejection

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12 Nonpriority creditor's name and mailing address**

Bank of America
100 North Tryon St.
Charlotte, NC, 28255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 30,115.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13 Nonpriority creditor's name and mailing address**

Bank of America
100 North Tryon St.
Charlotte, NC, 28255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 52,258.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**

BGMU
PO Box 10360
Bowling Green, KY, 42102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 100.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0633

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15 Nonpriority creditor's name and mailing address**

BSM Thornton, LLC
3011 Armory Drive
Suite 250
Nashville, TN, 37204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Rejection

$ Undetermined

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**

Canvast Supply Co. LLC
935 E Trinity Ln Nashville, TN 37027
Nashville, TN, 37207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

CDE Lightband
Clarksville, TN, 37040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 230.46

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    9942

---

**3.18** Nonpriority creditor's name and mailing address

Citibank
388 Greenwhich St.
New York, NY, 10013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 31,019.16

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** Nonpriority creditor's name and mailing address

City of Alcoa
PO Box 9610
Alcoa, TN, 37701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 255.24

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5703

---

**3.20** Nonpriority creditor's name and mailing address

City of Cookeville
45 East Broad Street
Cookeville, TN, 38501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 148.16

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    6981

---

**3.21** Nonpriority creditor's name and mailing address

City of Dickson
600 E Walnut Street
Dickson, TN, 37055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 16.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    6466

---

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

City of Murfreesboro
PO Box 1139
Murfreesboro, TN, 37133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    6239

$ 70.00

---

**3.23 Nonpriority creditor's name and mailing address**

Clarksville Gas & Water
PO Box 31329
Clarksville, TN, 37043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    1501

$ 37.93

---

**3.24 Nonpriority creditor's name and mailing address**

Comcast
PO Box 71211
Charlotte, NC, 28272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5904

$ 64.28

---

**3.25 Nonpriority creditor's name and mailing address**

Comcast
PO Box 71211
Charlotte, NC, 28272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    7480

$ 241.32

---

**3.26 Nonpriority creditor's name and mailing address**

Comcast
PO Box 71211
Charlotte, NC, 28272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0577

$ 217.19

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Comcast
PO Box 71211
Charlotte, NC, 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 241.42

Date or dates debt was incurred _____

Last 4 digits of account number 3457

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Comcast
PO Box 71211
Charlotte, NC, 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 479.96

Date or dates debt was incurred _____

Last 4 digits of account number 3791

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Comcast
PO Box 71211
Charlotte, NC, 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 522.34

Date or dates debt was incurred _____

Last 4 digits of account number 3294

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Dickson Electric
236 Cowan Road
Dickson, TN, 37056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 25.26

Date or dates debt was incurred _____

Last 4 digits of account number 6863

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Elizabethtown Utilities
PO Box 5550
Elizabethtown, KY, 42702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 25.73

Date or dates debt was incurred _____

Last 4 digits of account number 4000

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

F&W Enterprises
4504 N Roxboro St
Durham, NC, 27704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,378.75**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.33** Nonpriority creditor's name and mailing address

FUD
Dept. 1340
Birmingham, AL, 35287

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**$ 42.61**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    8002

---

**3.34** Nonpriority creditor's name and mailing address

Hardin County Clerk
150 N Provident Way
#103
Elizabethtown, KY, 42701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**$ 18.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.35** Nonpriority creditor's name and mailing address

Hardin County Water
1400 Rogersville Road
Radcliff, KY, 40160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**$ 33.92**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    7210

---

**3.36** Nonpriority creditor's name and mailing address

Haygood Farms, LLC
PO Box 4351
Chattanooga, TN, 37405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 234.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **37** **Nonpriority creditor's name and mailing address**

Haynes Property LLC
ATTN: Bobby Haynes
1216 Heil Quaker Blvd
La Vergne, TN, 37086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor on Lease

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **38** **Nonpriority creditor's name and mailing address**

Hopkinsville Water
401 E. 9th Street
Hopkinsville, KY, 42240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 112.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2002

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **39** **Nonpriority creditor's name and mailing address**

Itria Ventures
1000 N West St #1200
Wilmington, DE, 19801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 456,050.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **40** **Nonpriority creditor's name and mailing address**

Koi CBD, LLC
18101 Von Karmen Ave
Irvine, CA, 92612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **41** **Nonpriority creditor's name and mailing address**

KU
PO Box 9001954
Louisville, KY, 40290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 225.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5752

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

KUB
PO Box 59029
Knoxville, TN, 37950

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number **6082**

$ 265.00

---

**3.43** Nonpriority creditor's name and mailing address

LG&E
PO Box 9001960
Louisville, KY, 40290

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number **5882**

$ 298.63

---

**3.44** Nonpriority creditor's name and mailing address

LUCB
PO Box 449
Lenoir City, TN, 37771

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number **2147**

$ 135.90

---

**3.45** Nonpriority creditor's name and mailing address

Middle Tennessee Electric
PO Box 681709
Franklin, TN, 37068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number **6001**

$ 130.58

---

**3.46** Nonpriority creditor's name and mailing address

Middle Tennessee Electric
PO Box 681709
Franklin, TN, 37068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number **2172**

$ 129.63

| Debtor | Saffire Vapor Retail, LLC | Case number _(if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Middle Tennessee Electric
PO Box 681709
Franklin, TN, 37068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    8427

$ 105.14

---

**3.48** **Nonpriority creditor's name and mailing address**

Middle Tennessee Electric
PO Box 681709
Franklin, TN, 37068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    7644

$ 160.75

---

**3.49** **Nonpriority creditor's name and mailing address**

Nashville Electric Service
P O Box 305099
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    8522

$ 252.00

---

**3.50** **Nonpriority creditor's name and mailing address**

Nashville Electric Service
P O Box 305099
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    2123

$ 199.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Nashville Electric Service
P O Box 305099
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    5655

$ 144.00

| Debtor | Saffire Vapor Retail, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

Nashville Electric Service
P O Box 305099
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    4871

$ 219.00

---

**3.53** **Nonpriority creditor's name and mailing address**

Nashville Electric Service
P O Box 305099
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5150

$ 185.00

---

**3.54** **Nonpriority creditor's name and mailing address**

Nashville Metro Water Services
PO Box 305225
Nashville, TN, 37230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    1306

$ 27.30

---

**3.55** **Nonpriority creditor's name and mailing address**

Naturally Kratom, LLC
13326 Immanuel Rd Box 3
Pflugerville, TX, 78660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3.50

---

**3.56** **Nonpriority creditor's name and mailing address**

Pennyrile Electric
PO Box 2900
Hopkinsville, KY, 42241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    8001

$ 156.63

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Piedmont Natural Gas
PO Box 660920
Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    4001

Is the claim subject to offset?
☑ No
☐ Yes

$ 144.49

---

**3.58** Nonpriority creditor's name and mailing address

Piedmont Natural Gas
PO Box 660920
Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    4001

Is the claim subject to offset?
☑ No
☐ Yes

$ 55.11

---

**3.59** Nonpriority creditor's name and mailing address

Piedmont Natural Gas
PO Box 660920
Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    4007

Is the claim subject to offset?
☑ No
☐ Yes

$ 102.41

---

**3.60** Nonpriority creditor's name and mailing address

Piedmont Natural Gas
PO Box 660920
Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    4006

Is the claim subject to offset?
☑ No
☐ Yes

$ 124.32

---

**3.61** Nonpriority creditor's name and mailing address

Piedmont Natural Gas
PO Box 660920
Dallas, TX, 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    5001

Is the claim subject to offset?
☑ No
☐ Yes

$ 218.09

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Pure Synergy
200 2nd Ave S. #443
Saint Petersburg, FL, 33701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,437.50

---

**3.63** Nonpriority creditor's name and mailing address

R&L CPA: Stan Robinson
PO Box 2521
Carrollton, GA, 30118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,768.00

---

**3.64** Nonpriority creditor's name and mailing address

Robert Arnold
5215 Linbar Ave.
Ste. 204
Nashville, TN, 37211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,587,400.00

---

**3.65** Nonpriority creditor's name and mailing address

Smyrna Utilities
PO Box 290009
Nashville, TN, 37229

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 3702

$ 10.68

---

**3.66** Nonpriority creditor's name and mailing address

Spectrum
PO Box 94188
Palatine, IL, 60094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 0481

$ 157.41

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67   **Nonpriority creditor's name and mailing address**

Spectrum
PO Box 94188
Palatine, IL, 60094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number   7494

$ 132.97

---

**3.** 68   **Nonpriority creditor's name and mailing address**

Spectrum
PO Box 94188
Palatine, IL, 60094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number   7396

$ 157.96

---

**3.** 69   **Nonpriority creditor's name and mailing address**

Spectrum
PO Box 94188
Palatine, IL, 60094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number   3928

$ 137.96

---

**3.** 70   **Nonpriority creditor's name and mailing address**

Truist
214 North Tryon St.
Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 719,903.75

---

**3.** 71   **Nonpriority creditor's name and mailing address**

Truist
214 North Tryon St.
Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 89,221.53

| Debtor | Saffire Vapor Retail, LLC | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Vapemod
FNYBB inc
3016 South Wentworth
Chicago, IL, 60616

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,000.00

---

**3.73** Nonpriority creditor's name and mailing address

Vertigo Vapor, Inc.
150 N Gibson Rd Ste C
Henderson, NV, 89014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 121.20

---

**3.74** Nonpriority creditor's name and mailing address

Vivid Data Group, LLC
330 Earhart Dr  Ste 102
Carrollton, TX, 75006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Debtor | Saffire Vapor Retail, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 168,824.34 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,094,124.64 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,262,948.98 |

**Fill in this information to identify the case:**

Debtor name ___Saffire Vapor Retail, LLC___

United States Bankruptcy Court for the: __Middle District of Tennessee__

Case number (If known): _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease: Murfreesboro TN (Store 1) Lessor | The Poteat Family Limited Partnership Holrob Commercial Realty 7441 S. Northshore Drive, Suite 103 Knoxville, TN, 37919 |
| | State the term remaining | 04/30/2028 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease:  Cool Springs (Store 2) Lessor | Cool Springs Associates, LLC 5660 Peachtree Industrial Blvd Norcross, GA, 30071 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease: Nippers Corner Nashville, TN (Store 12) Lessor | BSM Nippers, LLC 3001 Armory Drive Suite 250 Nashville, TN, 37204 |
| | State the term remaining | 05/31/26 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease: Hendersonville, TN (Store 3) Lessor | P&M Investment Company, LLC 2 Buckland Abbey Drive Nashville, TN, 37215 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease: Clarksville, TN (Store 4) Lessor | Cavin P&M Clarksville, LLC 6204 Mapleton Ct. Brentwood, TN, 37027 |
| | State the term remaining | 01/31/2024 | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Lease: Cookeville, TN (Store 5)<br>Lessee<br><br>04/01/2024 | V3 Venture Partners<br>345 S. Jefferson Ave<br>Suite 306<br>Cookeville, TN, 38501 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Smyrna, TN (Store 6)<br>Lessor<br><br>12/31/2024 | Yale Smyrna, LLC<br>c/o Yale Realty Services Corp.<br>10 King Street, Suite 102<br>White Plains, NY, 10604 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Merchants Knoxville, TN (Store 7)<br>Lessor<br><br>04/01/2024 | Graham, GP<br>PO Box 12489<br>Knoxville, TN, 37912 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Mt. Juliet, TN (Store 9)<br>Lessor<br><br>06/30/2024 | Graves Crossing Retail LLC<br>7101 Sharondale Ct.<br>Suite 600<br>Brentwood, TN, 37027 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Charlotte Pike, Nashville (Store 10)<br>Lessor<br><br>09/30/2027 | NRF Marketplace, LLC<br>1045 S. Woodmill Road<br>6 East Monroe, Suite 300<br>Chesterfield, MO, 63017 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Dickson, TN (Store 18)<br>Lessor<br><br>05/31/26 | BSM Thornton, LLC<br>3011 Armory Drive<br>Suite 250<br>Nashville, TN, 37204 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease: Hopkinsville KY (Store 20)<br>Lessor<br><br>08/31/26 | KPCG Properties<br>2500 Daniel Bridgees Road<br>Building 100, Second Floor<br>Athens, GA, 30606 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | Lease:  Elizabethtown KY (Store 22)<br><br><br>10/31/26 | Elizabethtown Investment Partners, LLC<br>GBT Realty Corporation<br>9010 Overbrook Blvd.<br>Brentwood, TN, 37027 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease:  Bowling Green KY (Store 23)<br>Lessor<br><br>09/30/27 | Auburndale Nashville Highway Company, LLC<br>The Robert Carlin Companies<br>5485 Belt Line  Road, Suite 125<br>Dallas, TX, 75254 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease:  Maryville Alcoa, TN (Store 24)<br>Lessor | Delta Properties Alcoa LLC<br>701 East Bay<br>Suite 515<br>Charleston, SC, 29403 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2021 Ram ProMaster Cargo Van, 2022 Cayanne, 2021 GMC Sierra<br>Lessor<br><br>02/01/26 | Doering Leasing Company<br>15300 W. Capitol Drive<br>Brookfield, WI, 53005 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Terminated Lease: 530 Donelson Pike Nashville<br>Lessor<br><br>Terminated | 530 Donelson LLC<br>c/o David Reed, Registered Agent<br>425 S. Water Ave, Ste 5<br>Gallatin, TN, 37066 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease: Turkey Creek Knoxville, TN (Store 8)<br>Lessor<br><br>01/31/2024 | Hatcher Hill Investment Group IV, LLC<br>128 N. Northshore Drive<br>Suite 201<br>Knoxville, TN, 37919 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease: 5215 Linbar Suite 204 Nashville (Office) | ECG Midtown, LLC<br>ECG Haywood, LP<br>118 6th Ave. S., Suite 200<br>Nashville, TN, 37203 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**20** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number o any government contract** | Lease: Dixie Hwy. Louisville, KY (Store 21) Lessor 08/31/26 | Louisville Moonlight, LLC NAI Fortis Group, LLC 462 South 4th Street, Suite 400 Louisville, KY, 40202 |
| 2.**21** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Merchant Processing Agreement | Elavon, Inc. 7300 Chapman Highway Knoxville, TN, 37920 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___Saffire Vapor Retail, LLC___

United States Bankruptcy Court for the: ___Middle District of Tennessee___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Saffire Vapor Holdings, LLC | 5215 Linbar Dr. Suite 204 Nashville, TN 37211 | NRF Marketplace, LLC | ☐ D ☐ E/F ☑ G |
| 2.2 | Saffire Vapor Holding | 5215 Linbar Suite 204 Nashville, TN 37211 | Elizabethtown Investment | ☐ D ☐ E/F ☑ G |
| 2.3 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Doering Leasing Company | ☐ D ☐ E/F ☑ G |
| 2.4 | Robert Arnold | 5215 Linbar Dr. Suite 204 Nashville, TN 37211 | Bank of America | ☐ D ☑ E/F ☐ G |
| 2.5 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Citibank | ☐ D ☑ E/F ☐ G |
| 2.6 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Bank of America | ☐ D ☑ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Itria Ventures | ☑ D ☐ E/F ☐ G |
| 2.8 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Truist | ☑ D ☐ E/F ☐ G |
| 2.9 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Tennessee Department of Revenue | ☐ D ☑ E/F ☐ G |
| 2.10 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Truist | ☑ D ☐ E/F ☐ G |
| 2.11 | Parapoint LLC | 5215 Linbar Dr. Suite 204 Nashville, TN 37211 | Haynes Property LLC | ☐ D ☑ E/F ☐ G |
| 2.12 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Truist | ☐ D ☑ E/F ☐ G |
| 2.13 | Robert Arnold | 5215 Linbar Dr., Suite 204 Nashville, TN 37211 | Truist | ☐ D ☑ E/F ☐ G |
| 2.14 | Saffire Vapor Distributions, LLC | 5215 Linbar Dr. Suite 204 Nashville, TN 37211 | ECG Midtown, LLC | ☐ D ☐ E/F ☑ G |

| Debtor | Saffire Vapor Retail, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>15</u>    Robert Arnold | 5215 Linbar Dr. Suite 204<br>Nashville, TN 37211 | Elavon, Inc. | ❑ D<br>❑ E/F<br>☑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name    Saffire Vapor Retail, LLC

United States Bankruptcy Court for the:   Middle District of Tennessee

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,977,121.23 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,494,061.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,394,153.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $_____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | R&L CPA: Stan Robinson<br>Creditor's name<br>PO Box 2521<br>Carrollton, GA 30118 | | $ 17,711.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 468,443.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robet Arnold<br>Insider's name<br>5215 Linbar Dr., Suite 204 Nashville, TN 37221<br>Nashville, TN 37211 | _____<br>_____<br>_____ | $ 67,227.35 | Salary (one year prior to filing) |
| | Relationship to debtor<br>CEO | | | |
| 4.2. | Bo Landry<br>Insider's name<br>5215 Linbar Dr., Suite 204 Nashville, TN 37221<br>Nashville, TN 37211 | _____<br>_____<br>_____ | $ 132,691.00 | Salary (1 year prior to filing) |
| | Relationship to debtor<br>COO | | | |

Case 3:23-bk-02264    Doc 1    Filed 06/26/23    Entered 06/26/23 11:26:28    Desc Main
Document    Page 46 of 73

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Itria Ventures LLC v. Saffire Vapor Retail, LLC et. al | Breach of Contract | Supreme Court of New York County of Kings | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>5170003/2023 | | 360 Adams St #4<br>Brooklyn, NY 11201 | |
| 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | EmergeLaw, PLC | | 06/25/2023 | $ 0.00 |
| | **Address** | | | |
| | 4235 Hillsboro Road<br>Suite 350<br>Nashville, TN 37215 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Parapoint, LLC (See EmergeLaw Employment | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Case 3:23-bk-02264    Doc 1    Filed 06/26/23    Entered 06/26/23 11:26:28    Desc Main
Document    Page 51 of 73

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| All Inventory Suppliers for Stores <br> Name | | | $ 612,082.00 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

**Part 13:**     Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Saffire Vapor Holdings, LLC<br>Name<br>5215 Linbar Dr.<br>Suite 204<br>Nashville, TN 37211 | | EIN: _____<br>**Dates business existed**<br><br>From _____     To _____ |
| 25.2. | Saffire Vapor Distributions, LLC<br>Name<br>5215 Linbar Dr.<br>Suite 204<br>Nashville, TN 37211 | | EIN: _____<br>**Dates business existed**<br><br>From _____     To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____     To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Martha Faircloth<br>Name<br>5215 Linbar Dr., Suite 204 Nashville, TN 37221 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Bo Landry<br>Name<br>5215 Linbar Dr., Suite 204 Nashville, TN 37221 | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Stan Robinson of R&L CPA's<br>Name<br>PO Box 2521 Woodstock GA 30118 | |

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|-------------------------------------------------------------------|
| 26c.2. _____ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|------------------|
| 26d.1. _____ Name |

| Name and address |
|------------------|
| 26d.2. _____ Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|------------------------------------------------------------------------|
| 27.1. _____ Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Saffire Vapor Holdings, LLC | 5215 Linbar Dr. Suite 204, Nashville, TN 37211 | | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/26/2023
               MM / DD / YYYY

✘ /s/ Robert  Arnold                                          Printed name    Robert  Arnold
_____                                     _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Managing Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

**See Attached SOFA**                **$55,100.00**
**Part 2, Question 4**

Case 3:23-bk-02264    Doc 1    Filed 06/26/23    Entered 06/26/23 11:26:28    Desc Main
Document    Page 59 of 73
Official Form 207             Statement of Financial Affairs for Non-Individuals

**Robert Arnold (Return of Capital):**

2023:
January 4th = $5,000
January 11th = $5,000
February 22nd = $5,000
March 8th = $2,500
May 17th = $2,500
May 24th = $5,000
May 25th = $1,600
May 31st = $5,000

2022:
July 13th = $3,000
July 27th = $3,000
August 10th = $1,500
August 31st = $2,000
September 14th = $1,500
October 5th = 6,000
October 12th = $2,000

Financial

| | | |
|---|---|---|
| ACB payment | 4/7/23 | $9,386.96 |
| ACB payment | 5/9/23 | $9,434.70 |
| | | |
| Saffire Loan 1 payment | 3/27/23 | $27,621.60 |
| Saffire Loan 1 payment | 4/25/23 | $27,621.60 |
| Saffire Loan 1 payment | 5/25/23 | $27,621.60 |
| Saffire Loan 2 payment | 4/4/23 | $2,964.19 |
| Saffire Loan 2 payment | 5/4/23 | $2,964.19 |
| Saffire Loan 2 payment | 6/6/23 | $2,964.19 |
| TN Sales tax plan | 4/4/23 | $4,352.88 |
| TN Sales tax plan | 5/4/23 | $4,352.88 |
| TN Sales tax plan | 6/6/23 | $4,352.88 |
| Greenburg | 4/28/23 | $7,600.00 |
| Greenburg | 3/30/23 | $1,025.00 |
| R&L CPAS | 6/20/23 | $37,479.00 |
| | | |
| Citi Card | 4/17/23 | $10,000.00 |
| Citi Card | 4/18/23 | $10,000.00 |
| Citi Card | 5/2/23 | $11,000.00 |
| Citi Card | 5/17/23 | $2,000.00 |
| Citi Card | 4/4/23 | $1,500.00 |
| Citi Card | 4/4/23 | $11,000.00 |
| Citi Card | 4/25/23 | $9,000.00 |
| Citi Card | 5/1/23 | $1,000.00 |
| Citi Card | 5/23/23 | $10,000.00 |
| Citi Card | 5/31/23 | $10,000.00 |
| | | |
| Maple Leaf Investments | 5/30/23 | $11,302.48 |
| Maple Leaf Investments | 5/12/23 | $11,302.48 |
| Maple Leaf Investments | 4/7/23 | $11,302.48 |
| Capstar Loan | 6/10/23 | $4,368.17 |
| Capstar Loan | 5/10/23 | $4,368.17 |
| Capstar Loan | 4/27/23 | $4,368.17 |
| Capstar Loan | 4/3/23 | $4,368.17 |
| | | |
| Itria Ventures | 4/12/23 | $7,111.11 |
| Itria Ventures | 4/19/23 | $7,111.11 |
| Itria Ventures | 4/26/23 | $7,111.11 |
| Itria Ventures | 5/3/23 | $7,111.11 |
| Itria Ventures | 5/10/23 | $7,111.11 |
| Itria Ventures | 5/17/23 | $6,666.67 |

|  | | |
|---|---|---|
| Itria Ventures | 3/27/23 | $6,666.67 |
| Itria Ventures | 3/31/23 | $6,666.67 |

**Suppliers**

| | | |
|---|---|---|
| VapeMod | 5/1/23 | $912.20 |
| VapeMod | 5/8/23 | $667.80 |
| VapeMod | 3/27/23 | $2,150.40 |
| VapeMod | 4/3/23 | $1,902.60 |
| VapeMod | 4/10/23 | $1,907.30 |
| VapeMod | 4/17/23 | $1,246.80 |
| VapeMod | 5/16/23 | $903.70 |
| VapeMod | 5/22/23 | $770.70 |
| | | |
| Gen Rev Labs | 4/7/23 | $6,768.75 |
| Gen Rev Labs | 4/17/23 | $7,331.75 |
| Gen Rev Labs | 4/13/23 | $8,023.75 |
| Gen Rev Labs | 4/28/23 | $7,055.50 |
| Gen Rev Labs | 5/1/23 | $8,098.75 |
| Gen Rev Labs | 5/11/23 | $7,911.25 |
| Gen Rev Labs | 6/20/23 | $13,627.25 |
| | | |
| Nature's Perfect | 4/10/23 | $3,761.50 |
| Nature's Perfect | 5/23/23 | $2,743.00 |
| Nature's Perfect | 5/30/23 | $2,989.50 |
| Nature's Perfect | 5/12/23 | $3,438.50 |
| Nature's Perfect | 5/4/23 | $3,104.00 |
| Nature's Perfect | 4/17/23 | $2,888.00 |
| Nature's Perfect | 4/10/23 | $3,627.50 |
| Nature's Perfect | 4/10/23 | $3,627.50 |
| Nature's Perfect | 4/10/23 | $3,761.50 |
| | | |
| F&W | 5/1/23 | $1,281.00 |
| F&W | 5/1/23 | $1,197.50 |
| F&W | 4/18/23 | $1,486.50 |
| F&W | 5/2/23 | $302.25 |
| | | |
| Pure | 5/23/23 | $776.00 |
| Pure | 5/8/23 | $792.00 |
| Pure | 5/1/23 | $716.00 |
| Pure | 4/26/23 | $809.75 |
| Pure | 4/21/23 | $791.00 |

| | | |
|---|---|---|
| Mag Industries | 5/12/23 | $1,610.25 |
| Mag Industries | 5/2/23 | $1,816.50 |
| Mag Industries | 4/27/23 | $1,192.00 |
| Mag Industries | 4/14/23 | $1,611.75 |
| Mag Industries | 4/17/23 | $1,539.50 |
| Mag Industries | 6/5/23 | $1,124.75 |
| | | $468,443.60 |

| | | |
|---|---|---|
| VapeMod | 5/1/23 | $912.20 |
| VapeMod | 5/8/23 | $667.80 |
| VapeMod | 3/27/23 | $2,150.40 |
| VapeMod | 4/3/23 | $1,902.60 |
| VapeMod | 4/10/23 | $1,907.30 |
| VapeMod | 4/17/23 | $1,246.80 |
| VapeMod | 5/16/23 | $903.70 |
| VapeMod | 5/22/23 | $770.70 |
| | | |
| Koi | 5/1/23 | $42.00 |
| Koi | 5/8/23 | $119.00 |
| Koi | 3/27/23 | $103.25 |
| Koi | 4/3/23 | $119.00 |
| Koi | 4/10/23 | $99.75 |
| Koi | 4/17/23 | $122.50 |
| Koi | 5/22/23 | $129.50 |
| | | |
| Baton | 5/22/23 | $74.25 |
| Baton | 4/17/23 | $67.50 |
| Baton | 4/10/23 | $60.75 |
| Baton | 4/3/23 | $74.25 |
| Baton | 3/27/23 | $87.75 |
| Baton | 5/16/23 | $54.00 |
| Baton | 5/1/23 | $60.75 |
| Baton | 5/8/23 | $13.50 |
| | | |
| Vivid Data | 5/1/23 | $1,343.31 |
| | | |
| Gen Rev Labs | 4/7/23 | $6,768.75 |
| Gen Rev Labs | 4/17/23 | $7,331.75 |
| Gen Rev Labs | 4/13/23 | $8,023.75 |
| Gen Rev Labs | 4/28/23 | $7,055.50 |
| Gen Rev Labs | 5/1/23 | $8,098.75 |
| Gen Rev Labs | 5/11/23 | $7,911.25 |
| | | |
| Nature's Perf | 4/10/23 | $3,761.50 |
| Nature's Perf | 5/23/23 | $2,743.00 |
| Nature's Perf | 5/30/23 | $2,989.50 |
| Nature's Perf | 5/12/23 | $3,438.50 |
| Nature's Perf | 5/4/23 | $3,104.00 |
| Nature's Perf | 4/17/23 | $2,888.00 |
| Nature's Perf | 4/10/23 | $3,627.50 |

| | | |
|---|---|---|
| Nature's Perf | 4/10/23 | $3,627.50 |
| Nature's Perf | 4/10/23 | $3,761.50 |
| | | |
| Radical Labs | 4/14/23 | $328.50 |
| Radical Labs | 4/14/23 | $441.50 |
| | | |
| Canvast | 5/1/23 | $50.50 |
| Canvast | 5/1/23 | $43.00 |
| | | |
| Haywood | 5/15/23 | $24.00 |
| Haywood | 6/5/23 | $24.00 |
| | | |
| Naturally Kra | 5/17/23 | $18.00 |
| Naturally Kra | 5/2/23 | $13.50 |
| Naturally Kra | 5/8/23 | $10.00 |
| | | |
| F&W | 5/1/23 | $1,281.00 |
| F&W | 5/1/23 | $1,197.50 |
| F&W | 4/18/23 | $1,486.50 |
| F&W | 5/2/23 | $302.25 |
| | | |
| Pure | 5/23/23 | $776.00 |
| Pure | 5/8/23 | $792.00 |
| Pure | 5/1/23 | $716.00 |
| Pure | 4/26/23 | $809.75 |
| Pure | 4/21/23 | $791.00 |
| | | |
| Mag Industrie | 5/12/23 | $1,610.25 |
| Mag Industrie | 5/2/23 | $1,816.50 |
| Mag Industrie | 4/27/23 | $1,192.00 |
| Mag Industrie | 4/14/23 | $1,611.75 |
| Mag Industrie | 4/17/23 | $1,539.50 |
| Mag Industrie | 6/5/23 | $1,124.75 |

| | | | |
|---|---|---|---|
| Saffire | #1 | 6/1/23 | $3,907.24 |
| Saffire | #1 | 5/12/23 | $3,907.24 |
| Saffire | #1 | 4/7/23 | $3,314.19 |
| Saffire | #2 | 6/1/23 | $2,946.67 |
| Saffire | #2 | 5/1/23 | $2,946.67 |
| Saffire | #2 | 4/1/23 | $2,946.67 |
| Saffire | #3 | 6/1/23 | $3,672.05 |
| Saffire | #3 | 5/1/23 | $3,672.05 |
| Saffire | #3 | 4/1/23 | $3,672.05 |
| Saffire | #3 | 4/1/23 | $310.04 |
| Saffire | #3 | 4/1/23 | $635.58 |
| Saffire | #4 | 6/1/23 | $4,829.64 |
| Saffire | #4 | 5/1/23 | $4,829.64 |
| Saffire | #4 | 4/1/23 | $4,829.64 |
| Saffire | #5 | 4/3/23 | $2,252.78 |
| Saffire | #5 | 6/1/23 | $2,252.78 |
| Saffire | #5 | 5/1/23 | $2,399.02 |
| Saffire | #6 | 5/1/23 | $4,192.50 |
| Saffire | #6 | 4/1/23 | $4,192.50 |
| Saffire | #7 | 5/1/23 | $2,520.00 |
| Saffire | #7 | 4/1/23 | $2,520.00 |
| Saffire | #8 | 5/1/23 | $4,162.50 |
| Saffire | #8 | 4/1/23 | $4,162.50 |
| Saffire | #9 | 4/1/23 | $5,073.78 |
| Saffire | #9 | 5/1/23 | $5,073.78 |
| Saffire | #9 | 6/1/23 | $5,073.78 |
| Saffire | #10 | 5/16/23 | $3,978.73 |
| Saffire | #10 | 4/7/23 | $3,806.50 |
| Saffire | #12 | 4/1/23 | $5,354.75 |
| Saffire | #12 | 5/1/23 | $5,379.76 |
| Saffire | #12 | 6/1/23 | $5,094.63 |
| Saffire | #18 | 4/1/23 | $3,511.72 |
| Saffire | #18 | 5/1/23 | $3,535.18 |
| Saffire | #20 | 4/1/23 | $5,080.20 |
| Saffire | #20 | 5/1/23 | $5,273.58 |
| Saffire | #21 | 6/1/23 | $5,812.18 |
| Saffire | #21 | 5/1/23 | $5,812.18 |
| Saffire | #21 | 4/1/23 | $5,812.18 |
| Saffire | #22 | 5/5/23 | $5,729.55 |
| Saffire | #22 | 4/3/23 | $5,729.55 |
| Saffire | #23 | 5/11/23 | $3,019.69 |

| | | | |
|---|---|---|---|
| Saffire | #23 | 4/7/23 | $3,019.69 |
| Saffire | #23 | 6/7/23 | $3,019.69 |
| Saffire | #24 | 6/1/23 | $3,083.48 |
| Saffire | #24 | 5/16/23 | $3,106.20 |
| Saffire | #24 | 4/11/23 | $3,083.48 |
| Saffire | WH | 4/11/23 | $10,324.37 |
| Saffire | WH | 5/19/23 | $10,324.37 |
| | | | |
| Ovid | Boynton | 5/5/23 | $4,527.03 |
| Ovid | Boynton | 4/3/23 | $6,564.31 |
| Ovid | Northlake | | |
| | | | |
| Parapoint | Heil Quaker | 5/30/23 | $14,564.00 |
| Parapoint | Heil Quaker | 5/30/23 | $2,642.00 |
| Parapoint | Heil Quaker | 4/7/23 | $14,353.71 |
| Parapoint | Heil Quaker | 4/7/23 | $2,642.00 |
| VTC | J&J Cantore | 5/5/23 | $1,840.00 |
| VTC | J&J Cantore | 4/3/23 | $1,840.00 |

Official Form 202

**Fill in this information to identify the case and this filing:**

Debtor Name ___Saffire Vapor Retail, LLC_____

United States Bankruptcy Court for the: ___Middle District of Tennessee___

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/26/2023___           ✖ /s/ Robert  Arnold _____
                 MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                      Robert  Arnold _____
                                      Printed name

                                      Managing Owner _____
                                      Position or relationship to debtor

## United States Bankruptcy Court

IN RE:

Case No._____

Saffire Vapor Retail, LLC
_____ Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Saffire Vapor Holdings, LLC<br>5215 Linbar Dr. Suite 204, Nashville, TN 37211 | 100 | |

United States Bankruptcy Court

Middle District of Tennessee

In re: Saffire Vapor Retail, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____06/26/2023_____

/s/ Robert  Arnold
_____
Signature of Individual signing on behalf of debtor

Managing Owner
_____
Position or relationship to debtor

530 Donelson LLC
c/o David Reed, Registered Agent
425 S. Water Ave, Ste 5
Gallatin, TN 37066

ADT, LLC
c/o Weltman Weinberg & Reis
5000 Bradenton Avenue, Suite 100
Dublin, OH 43017

Albany Road- Haywood Oaks, LLC
Attn: Brandon Hoag
201 4th Avenue, Suite 1250
Nashville, TN 37219

AT&T
PO Box 10330
Fort Wayne, IN 46851

AT&T
PO Box 10330
Fort Wayne, IN

Atmos Energy
PO Box 650205
Dallas, TX 75265-0205

Auburndale Nashville Highway Company, LLC
The Robert Carlin Companies
5485 Belt Line  Road, Suite 125
Dallas, TX 75254

Bank of America
100 North Tryon St.
Charlotte, NC 28255

BGMU
PO Box 10360
Bowling Green, KY 42102

BSM Nippers, LLC
3001 Armory Drive
Suite 250
Nashville, TN 37204

BSM Thornton, LLC
3011 Armory Drive
Suite 250
Nashville, TN 37204

Canvast Supply Co. LLC
935 E Trinity Ln Nashville, TN 37027
Nashville, TN 37207

Cavin P&M Clarksville, LLC
6204 Mapleton Ct.
Brentwood, TN 37027

CDE Lightband
Clarksville, TN 37040

Citibank
388 Greenwhich St.
New York, NY 10013

City of Alcoa
PO Box 9610
Alcoa, TN 37701

City of Cookeville
45 East Broad Street
Cookeville, TN 38501

City of Dickson
600 E Walnut Street
Dickson, TN 37055

City of Murfreesboro
PO Box 1139
Murfreesboro, TN 37133

Clarksville Gas & Water
PO Box 31329
Clarksville, TN 37043

Comcast
PO Box 71211
Charlotte, NC 28272

Cool Springs Associates, LLC
5660 Peachtree Industrial Blvd
Norcross, GA 30071

Delta Properties Alcoa LLC
701 East Bay
Suite 515
Charleston, SC 29403

Dickson Electric
236 Cowan Road
Dickson, TN 37056

Doering Leasing Company
15300 W. Capitol Drive
Brookfield, WI 53005

ECG Midtown, LLC
ECG Haywood, LP
118 6th Ave. S., Suite 200
Nashville, TN 37203

Elavon, Inc.
7300 Chapman Highway
Knoxville, TN 37920

Elizabethtown Investment Partners, LLC
GBT Realty Corporation
9010 Overbrook Blvd.
Brentwood, TN 37027

Elizabethtown Utilities
PO Box 5550
Elizabethtown, KY 42702

F&W Enterprises
4504 N Roxboro St
Durham, NC 27704

FUD
Dept. 1340
Birmingham, AL 35287

Graham, GP
PO Box 12489
Knoxville, TN 37912

Graves Crossing Retail LLC
7101 Sharondale Ct.
Suite 600
Brentwood, TN 37027

Hardin County Clerk
150 N Provident Way
Elizabethtown, KY 42701

Hardin County Water
1400 Rogersville Road
Radcliff, KY 40160

Hatcher Hill Investment Group IV, LLC
128 N. Northshore Drive
Suite 201
Knoxville, TN 37919

Haygood Farms, LLC
PO Box 4351
Chattanooga, TN 37405

Haynes Property LLC
ATTN: Bobby Haynes
1216 Heil Quaker Blvd
La Vergne, TN 37086

Hopkinsville Water
401 E. 9th Street
Hopkinsville, KY 42240

Itria Ventures
1000 N West St #1200
Wilmington, DE 19801

Itria Ventures, LLC
1000 N West St
Wilmington, DE 19801

Koi CBD, LLC
18101 Von Karmen Ave
Irvine, CA 92612

KPCG Properties
2500 Daniel Bridgees Road
Building 100, Second Floor
Athens, GA 30606

KU
PO Box 9001954
Louisville, KY 40290

KUB
PO Box 59029
Knoxville, TN 37950

LG&E
PO Box 9001960
Louisville, KY 40290

Louisville Moonlight, LLC
NAI Fortis Group, LLC
462 South 4th Street, Suite 400
Louisville, KY 40202

LUCB
PO Box 449
Lenoir City, TN 37771

Middle Tennessee Electric
PO Box 681709
Franklin, TN 37068

Nashville Electric Service
P O Box 305099
Nashville, TN 37230

Nashville Metro Water Services
PO Box 305225
Nashville, TN 37230

Naturally Kratom, LLC
13326 Immanuel Rd Box 3
Pflugerville, TX 78660

NRF Marketplace, LLC
1045 S. Woodmill Road
6 East Monroe, Suite 300
Chesterfield, MO 63017

P&M Investment Company, LLC
2 Buckland Abbey Drive
Nashville, TN 37215

Parapoint LLC
5215 Linbar Dr. Suite 204
Nashville, TN 37211

Pennyrile Electric
PO Box 2900
Hopkinsville, KY 42241

Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266

Pure Synergy
200 2nd Ave S. #443
Saint Petersburg, FL 33701

R&L CPA: Stan Robinson
PO Box 2521
Carrollton, GA 30118

Robert  Arnold
5215 Linbar Ave.
Ste. 204
Nashville, TN 37211

Robert Arnold
5215 Linbar Dr., Suite 204
Nashville, TN 37211

Robert Arnold
5215 Linbar Dr. Suite 204
Nashville, TN 37211

Saffire Vapor Distributions, LLC
5215 Linbar Dr.
Suite 204
Nashville, TN 37211

Saffire Vapor Holdings, LLC
5215 Linbar Dr.
Suite 204
Nashville, TN 37211

Saffire Vapor Holdings, LLC
5215 Linbar
Suite 204
Nashville, TN 37211

Smyrna Utilities
PO Box 290009
Nashville, TN 37229

Spectrum
PO Box 94188
Palatine, IL 60094

Tennessee Department of Revenue
Tennessee Department of Revenue c/o Tenn
P.O. Box 20207
Nashville, TN 37202

The Poteat Family Limited Partnership
Holrob Commercial Realty
7441 S. Northshore Drive, Suite 103
Knoxville, TN 37919

Truist
214 North Tryon St.
Charlotte, NC 28202

V3 Venture Partners
345 S. Jefferson Ave
Suite 306
Cookeville, TN 38501

Vapemod
FNYBB inc
3016 South Wentworth
Chicago, IL 60616

Vertigo Vapor, Inc.
150 N Gibson Rd Ste C
Henderson, NV 89014

Vivid Data Group, LLC
330 Earhart Dr  Ste 102
Carrollton, TX 75006

Yale Smyrna, LLC
c/o Yale Realty Services Corp.
10 King Street, Suite 102
White Plains, NY 10604